# COUNTY OF SUFFOLK



### SUFFOLK COUNTY CLERK'S OFFICE

**JUDITH A. PASCALE**
SUFFOLK COUNTY CLERK
*WWW.SUFFOLKCOUNTYNY.GOV*
Court Actions
631-852-2000 ext. 55859

Date: 4/19/22

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 22 2022 ★
LONG ISLAND OFFICE

22CV2081 JMA

To whom it may concern:

Please find a Certified Copy of our Clerk's Minutes for the E-filed Supreme Court case, Index # 603976/2022, along with a copy of the Notice of Removal or 8019(c) with order.

Since the above mentioned case is E-filed, there are no hard copies of the documents. If you need hard copies of the case, please refer to the Attorneys representing the parties who should be able to furnish your office with such copies.

If you have any questions, please call the number at the top of this page.

Thank you,

Tracy Lorenz
Principle Clerk Typist
E-filing Coordinator

Rev. 12/26/19



# COUNTY CLERK'S OFFICE
## STATE OF NEW YORK
### COUNTY OF SUFFOLK

I, JUDITH A. PASCALE, Clerk of the County of Suffolk and the Court of Record thereof do hereby certify that I have compared the annexed with the original **CLERKS MINUTES (NYSCEF)**
filed in my office on   **4/19/2022**        **603976/2022**
and, that the same is a true copy thereof, and of the whole of such original.

In Testimony Whereof, I have hereunto set my hand and affixed the seal of said County and Court this  **4/19/2022 8:5**.

SUFFOLK COUNTY CLERK

*Judith A. Pascale*

**JUDITH A. PASCALE**

SEAL



| | NYSCEF | **Document List** | |
|---|---|---|---|
| | Suffolk County Supreme Court | **Index #  603976/2022** | Created on:04/19/2022 08:56 AM |

**Case Caption:** Jamil Williams et al v. Dunne Manning, Inc. et al
**Judge Name:**

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 1 | SUMMONS | Processed | 03/04/2022 | Lee, C |
| 2 | COMPLAINT | Processed | 03/04/2022 | Lee, C |
| 3 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 03/17/2022 | Lee, C |
| 4 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 03/17/2022 | Lee, C |
| 5 | NOTICE OF REMOVAL / REMAND (PRE RJI) - *Corrected*<br>Notice of Filing of Notice of Removal | Processed | 04/12/2022 | Bogdan, A. |
| 6 | EXHIBIT(S)<br>Federal Court Removal Filing | Processed | 04/12/2022 | Bogdan, A. |

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK

---

JAMIL WILLIAMS, *on behalf of himself and others similarly situated,*

        Plaintiff,

v.

DUNNE MANNING, INC. and
DUNNE MANNING STORES, LLC,

        Defendants.

---

Index No. 603976/2022

**NOTICE OF FILING OF NOTICE OF REMOVAL**

TO:   CLERK, SUPREME COURT OF THE STATE OF NEW YORK, SUFFOLK COUNTY

-and-

C.K. Lee, Esq.
Rony Guldmann, Esq.
LEE LITIGATION GROUP, PLLC
148 West 24th Street, Eighth Floor
New York, NY 10011
Counsel for Plaintiff

**PLEASE TAKE NOTICE** that on April 11, 2022, Defendants Dunne Manning, Inc. and Dunne Manning Stores, LLC (collectively, "Dunne Manning" or "Defendants") filed a Notice of Removal in the above-captioned action in the United States District Court for the Eastern District of New York. A copy of Dunne Manning's Notice of Removal is attached hereto as Exhibit 1.

**PLEASE TAKE FURTHER NOTICE** that, upon the filing of Dunne Manning's Notice of Removal with the Clerk of the United States District Court for the Eastern District of New York, and the filing and service of this Notice thereof, Dunne Manning has affected removal and this Court "shall proceed no further unless and until the case remanded." 28 U.S.C. § 1446(d).

| | |
|---|---|
| DATED: New York, New York<br>April 11, 2022 | Respectfully submitted,<br><br>By: /s/ *Alexander W. Bogdan*<br>FOX ROTHSCHILD LLP<br>Alexander W. Bogdan<br>101 Park Avenue, 17th Floor<br>New York, New York 10178<br>Tel: 212.878.7900<br>ABogdan@FoxRothschild.com<br><br>*Counsel for Defendants* |

## CERTIFICATE OF SERVICE

I, Alexander Bogdan, hereby certify that on April 11, 2022, I caused service of the foregoing Notice of Filing of Notice of Removal, Exhibit 1, and Certificate of Service upon the following *via* email and the Court's electronic filing system:

C.K. Lee, Esquire
LEE LITIGATION GROUP, PLLC
148 West 24th Street, Eighth Floor
New York, NY 10011
*Counsel for Plaintiff*

/s/ *Alexander W. Bogdan*
Alexander W. Bogdan

3

JUDITH A. PASCALE
SUFFOLK COUNTY CLERK
310 CENTER DRIVE
RIVERHEAD NY 11901-3392

04/19/2022 US POSTAGE $001.36
ZIP 11901
041M12254818

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
APR 22 2022
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
100 FEDERAL PLAZA
P.O. BOX 9014
CENTRAL ISLIP, NY 11722-9014